**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO. 5:25-CV-011-KDB-DCK**

| | | |
|---|---|---|
| **CALVIN TRULL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MCCREARY MODERN, INC. et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Local Counsel Daniel R. Francis on January 26, 2025.

Applicant Jennifer K. Lee seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Jennifer K. Lee is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 27, 2025

David C. Keesler
United States Magistrate Judge