# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Calvin Trull, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:25-cv-00011-KDB-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Board of Trustees of the McCreary Modern, Inc. Employee Stock Ownership Plan McCreary Modern, Inc., | ) ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2025 Order.

October 1, 2025

*[signature: Katherine H. Simon]*

Katherine Hord Simon, Clerk
United States District Court